**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>YELLOW CORPORATION, *et al.*,[1]<br><br>　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 23-11069 (CTG)<br><br>(Jointly Administered) |
| YRC ENTERPRISE SERVICES, INC.,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>BROWN & JOSEPH, LLC<br><br>　　　　　　　　　　　Defendant. | Adv. Pro. No. 25-52464 (CTG) |

**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO
ANSWER THE COMPLAINT**

YRC Enterprise Services, Inc. ("Yellow" or "Plaintiff"), as debtor and debtor-in-possession in the jointly administered chapter 11 cases of Yellow Corporation and its subsidiaries pending before the United States Bankruptcy Court for the District of Delaware in the above-captioned chapter 11 cases and Plaintiff in the above-captioned adversary proceeding and Defendant Brown & Joseph, LLC (the "Defendant," and together with Plaintiff, the "Parties"), enter into this *Stipulation for Extension of Time for Defendant to Answer the Complaint* (the "Stipulation") and hereby stipulate and agree as follows:

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

1. The Parties agree and stipulate that the time within which the Defendant may answer the *Complaint* [Docket No. 1] in the above-captioned adversary proceeding is hereby extended to and including February 6, 2026.

2. Except as specifically set forth herein, the Parties reserve all of their respective rights in this matter.

| Dated: January 6, 2026 | Dated: January 6, 2026 |
|---|---|
| PACHULSKI STANG ZIEHL & JONES LLP | HOGAN♦MCDANIEL |
| */s/ Peter J. Keane* | */s/ Daniel C. Kerrick* |
| Laura Davis Jones (DE Bar No. 2436) | Daniel C. Kerrick |
| Timothy P. Cairns (DE Bar No. 4228) | 1311 Delaware Avenue |
| Peter J. Keane (DE Bar No. 5503) | Wilmington, DE 19806 |
| Edward Corma (DE Bar No. 6718) | Telephone: (302) 656-7540 |
| 919 North Market Street, 17th Floor | Email: dckerrick@dkhogan.com |
| P.O. Box 8705 | |
| Wilmington, DE 19899-8705 (Courier 19801) | *Counsel to Defendant Brown & Joseph, LLC* |
| Telephone: (302) 652-4100 | |
| Facsimile:  (302) 652-4400 | |
| Email: ljones@pszjlaw.com | |
|    tcairns@pszjlaw.com | |
|    pkeane@pszjlaw.com | |
|    ecorma@pszjlaw.com | |
| *Counsel to Plaintiff YRC Enterprise Services, Inc.* | |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>YELLOW CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11069 (CTG)<br><br>(Jointly Administered) |
| YRC ENTERPRISE SERVICES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BROWN & JOSEPH, LLC<br><br>Defendant. | Adv. Pro. No. 25-52464 (CTG) |

## CERTIFICATE OF SERVICE

I, Peter J. Keane, hereby certify that on the ____ day of January, 2026, I caused a copy of the following document(s) to be served on the individual(s) on the attached service list(s) in the manner indicated:

**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER THE COMPLAINT**

*/s/ Peter J. Keane*
Peter J. Keane (DE Bar No. 5503)

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

YRC Enterprise Services, Inc. v. Brown & Joseph LLC Service List
Adv. Pro. No. 25-52464 (CTG)
DE Doc No. 4905-2800-9606.1
01-Email

**Email**
(*Counsel to Brown & Joseph, LLC*)
HOGAN♦MCDANIEL
Daniel C. Kerrick, Esquire
1311 Delaware Avenue
Wilmington, DE 19806
Email: dckerrick@dkhogan.com

Email Block:

dckerrick@dkhogan.com

cc: Laura, Tim, Peter, Ed and Patty