**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| YELLOW CORPORATION, *et al.*,[1] | ) | Case No. 23-11069 (CTG) |
| | ) | (Jointly Administered) |
| Debtors. | ) | **Docket No: 8732** |
| | ) | |
| | ) | |
| YRC ENTERPRISE SERVICES, INC., | ) | Adv. Pro. No. 25-52464 (CTG) |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BROWN & JOSEPH, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**AMENDED[2] NOTICE OF AGENDA FOR HEARING SCHEDULED ON MARCH 17, 2026 AT 10:00 A.M.(PREVAILING EASTERN TIME) BEFORE THE HONORABLE CRAIG T. GOLDBLATT AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 3rd FLOOR, COURTROOM NO. 7, WILMINGTON, DELAWARE 19801**

**This proceeding will be conducted in-person.  All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom.  Please refer to Judge Goldblatt's Chambers Procedures (https://www.deb.uscourts.gov/judge-craig-t-goldblatt) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Goldblatt's expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.**

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation.  The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

**2 Amended items are in bold.**

**RESOLVED MATTER:**

1.    MFN Partners, LP, Mobile Street Holdings, LLC and Debtors' Joint Motion to Maintain Under Seal Certain Exhibits From the Hearing on the Motion of the Debtors for Entry of an Order (I) Approving the Settlement Agreements By and Among the Debtors and Certain Pension Funds and (II) Granting Related Relief [Filed: 1/26/26] (Docket No. 8596)

Response Deadline:  February 9, 2026, at 4:00 p.m. (ET)

Responses Received:  None.

Related Documents:

A.    Certificate of No Objection Regarding MFN Partners, LP, Mobile Street Holdings, LLC and Debtors' Joint Motion to Maintain Under Seal Certain Exhibits From the Hearing on the Motion of the Debtors for Entry of an Order (I) Approving the Settlement Agreements By and Among the Debtors and Certain Pension Funds and (II) Granting Related Relief  [Filed: 2/10/26] (Docket No. 8621)

B.    [Signed] Order Granting MFN Partners, LP, Mobile Street Holdings, LLC and Debtors' Joint Motion to Maintain Under Seal Certain Exhibits Regarding the Settlement Agreements by and Among the Debtor and Certain Pension Funds [Filed: 2/11/26] (Docket No. 8622)

Status:  The Court has entered an order on this matter.  No hearing is necessary.

2.    Debtors' Eighth Motion for Entry of an Order (I) Enlarging the Period Within Which the Debtors May Remove Actions and (II) Granting Related Relief [Filed: 2/13/26] (Docket No. 8627)

Response Deadline:  February 27, 2026, at 4:00 p.m. (ET)

Responses Received:  None.

Related Documents:

A.    Certification of No Objection Regarding Debtors' Eighth Motion for Entry of an Order (I) Enlarging the Period Within Which the Debtors May Remove Actions and (II) Granting Related Relief [Filed: 3/10/26] (Docket No. 8712)

B.    [Signed] Order (I) Enlarging the Period Within Which the Debtors May Remove Actions and (II) Granting Related Relief [Filed: 3/11/26] (Docket No. 8713)

Status:  The Court has entered an order on this matter.  No hearing is necessary.

**ADJOURNED MATTER:**

3.  Debtors' Thirty-Third Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Section 502(b), Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Filed: 8/4/25] (Docket No. 7357)

    Response Deadline:  August 25, 2025, at 4:00 p.m. (ET) *(extended until October 3, 2025 for Dedicated Delivery Professionals)*

    Responses Received:

    A.  Informal response of Dedicated Delivery Professionals [Claim Nos. 18476, 18656, 18662, 18670, 18676, 18714, 18722, 18726, 18731, 18736, 18744, 18749, 18750, 18650, 18765, 18769, 18770, 18772, 18773, 18774, 18761, 18494, 18544]

    B.  Informal response of Span Alaska [Claim No. 17827]

    C.  AmeriGas Propane [Claim No. 16806]

    Related Documents:

    A.  [Proposed] Order Sustaining Debtors' Thirty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Filed: 8/4/25] (Docket No. 7357, Exhibit A)

    B.  Notice of Submission of Proofs of Claim in Connection with Debtors' Thirty-Third Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Section 502(b), Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Filed: 8/21/25] (Docket No. 7469)

    C.  [Signed] Order Sustaining Debtors' Thirty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Filed: 9/8/25] (Docket No. 7578)

    D.  [Signed] Order Sustaining Debtors' Thirty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Filed: 10/28/25] (Docket No. 7897)

    Status:  This matter has been adjourned to the omnibus hearing on April 13, 2026 at 10:00 a.m. (ET) with regard to the claim of Span Alaska.

4.  Andrew Canton and Zaidanelly Canton's Motion for Relief From the Automatic Stay [Filed: 2/3/26] (Docket No. 8604)

    Response Deadline:  February 24, 2026, at 4:00 p.m. (ET) *(extended for the Debtors until April 6, 2026, at 4:00 p.m.)*

Responses Received:  None as of the date of this Notice of Agenda.

Related Documents:

A.    [Proposed] Order Granting Andrew Canton and Zaidanelly Canton's Motion for Relief From the Automatic Stay to Pursue Non-Bankruptcy Litigation [Filed: 2/3/26] (Docket No. 8604)

Status:  This matter has been adjourned to the omnibus hearing on April 13, 2026 at 10:00 a.m. (ET).

5.    Application of Glen EG, LLC, for the Allowance and Payment of Postpetition Rent as an Administrative Expense Claim [Filed: 2/6/26] (Docket No. 8612)

Response Deadline:  February 20, 2026, at 4:00 p.m. (ET) *(extended for the Debtors until March 20, 2026, at 4:00 p.m.)*

Responses Received:  None as of the date of this Notice of Agenda.

Related Documents:

A.    [Proposed] Order Granting Andrew Canton and Zaidanelly Canton's Motion for Relief From the Automatic Stay to Pursue Non-Bankruptcy Litigation [Filed: 2/6/26] (Docket No. 8612, Exhibit A)

Status:  This matter has been adjourned to the omnibus hearing on April 13, 2026 at 10:00 a.m. (ET).

6.    Application of Price Property and Investments L.L.C., Green-Blue 1818, L.L.C., as Tenants in Common, for the Allowance and Payment of Postpetition Rent as an Administrative Expense Claim [Filed: 2/6/26] (Docket No. 8613)

Response Deadline:  February 20, 2026, at 4:00 p.m. (ET) *(extended for the Debtors until March 20, 2026, at 4:00 p.m.)*

Responses Received:  None as of the date of this Notice of Agenda.

Related Documents:

A.    [Proposed] Order Granting Application of Price Property and Investments L.L.C., Green-Blue 1818, L.L.C., as Tenants in Common, for the Allowance and Payment of Postpetition Rent as an Administrative Expense Claim [Filed: 2/6/26] (Docket No. 8613, Exhibit A)

Status:  This matter has been adjourned to the omnibus hearing on April 13, 2026 at 10:00 a.m. (ET).

**ADJOURNED ADVERSARY MATTER:**

7.    *[YRC Enterprise Services, Inc. v. Brown & Joseph, LLC - Adv. Pro. No. 25-52464]* Pre-Trial Conference Regarding Complaint

Related Documents:

   A.    Complaint [Filed: 12/16/25] (Docket No. 1)

   B.    Summons and Notice of Pretrial Conference in an Adversary Proceeding [Filed: 12/16/25] (Docket No. 2)

   C.    Stipulation for Extension of Time for Defendant to Answer the Complaint [Filed: 1/6/26] (Docket No. 5)

Status:   This matter has been adjourned to the omnibus hearing on April 13, 2026 at 10:00 a.m. (ET).

**UNCONTESTED MATTER FOR WHICH A CNO HAS BEEN FILED:**

8.    Plaintiffs' Fourth Motion for an Order Approving the Settlements of Avoidance Actions Pursuant to Fed. R. Bankr. P. 9019 [Filed: 2/18/26] (Docket No. 8646)

Response Deadline:  March 4, 2026, at 4:00 p.m. (ET)

Responses Received:  None.

Related Documents:

   A.    [Proposed] Order Approving Plaintiffs' Fourth Motion for an Order Approving the Settlements of Avoidance Actions Pursuant to Fed. R. Bankr. P. 9019 [Filed: 2/18/26] (Docket No. 8646)

   B.    Certificate of No Objection for Plaintiffs' Fourth Motion for an Order Approving the Settlements of Avoidance Actions Pursuant to Fed. R. Bankr. P. 9019 [Filed: 3/11/26] (Docket No. 8715)

   C.    **[Signed] Order Approving Plaintiffs' Fourth Motion for an Order Approving the Settlements of Avoidance Actions Pursuant to Fed. R. Bankr. P. 9019 [Filed: 3/13/26] (Docket No. 8733)**

Status:  **The Court has entered an order on this matter.  No hearing necessary.**

**FINAL FEE APPLICATIONS:**

9.    Final fee applications are scheduled to go forward at this hearing. Attached hereto as Exhibit A is a complete list of the final fee applications scheduled to be heard. The items listed on Exhibit A hereto correspond to the order of the fee applications, and documents related thereto, that were previously submitted to the Court, pursuant to the Court's

Chambers' Procedures.

Responses Received:

A.    International Brotherhood of Teamsters and Teamsters National Freight Industry Negotiating Committees Objection to the Application of Kasowitz, LLP, for Allowance of Final Compensation [Filed: 3/12/26] (Docket No. 8720)

**Replies Received:**

**A.    Reply in Support of Final Application of Kasowitz LLP as Special Litigation Counsel to the Debtors and Debtors in Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period of August 6, 2023 Through November 19, 2025  [Filed: 3/16/26] (Docket No. 8742, Exhibit B)**

    **i.    Kasowitz LLP's Motion for Leave to File Late Reply in Further Support of Final Application of Kasowitz LLP as Special Litigation Counsel to the Debtors and Debtors in Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period of August 6, 2023 Through November 19, 2025 [Filed: 3/16/26] (Docket No. 8742)**

Related Documents:

A.    Certification of Counsel Regarding Omnibus Order Approving Final Fee Applications for Compensation and Reimbursement of Expenses **[Filed: 3/13/26] (Docket No. 8737)**

**B.    Debtors Witness & Exhibit List for Hearing on March 17, 2026 at 10:00 a.m. (ET) Regarding Final Application of Kasowitz LLP as Special Litigation Counsel to the Debtors and Debtors in Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period of August 6, 2023 Through November 19, 2025 [Filed: 3/16/26] (Docket No. 8738)**

**C.    International Brotherhood of Teamsters and Teamsters National Freight Industry Negotiating Committee's Witness and Exhibit List to Objection to the Application of Kasowitz, LLP, for Allowance of Final Compensation [Filed: 3/16/26] (Docket No. 8740)**

**D.    Supplemental Declaration of Matthew B. Stein in Further Support of the Kasowitz Final Fee Application [Filed: 3/16/26] (Docket No. 8741)**

**Status:   The hearing is going forward with respect to the final fee application of Kasowitz LLP.  No other objections were received to any of the other final fee applications.**

**ADDITIONAL MATTER:**

10. **Kasowitz LLP's Motion for Leave to File Late Reply in Further Support of Final Application of Kasowitz LLP as Special Litigation Counsel to the Debtors and Debtors in Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period of August 6, 2023 Through November 19, 2025 [Filed: 3/16/26] (Docket No. 8742)**

     **Response Deadline: TBD**

     **Responses Received:  None as of the date of this Notice of Agenda.**

     **Related Documents:**

     A.   **[Proposed] Order Granting Kasowitz LLP's Motion for Leave to File Late Reply in Further Support of Final Application of Kasowitz LLP as Special Litigation Counsel to the Debtors and Debtors in Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period of August 6, 2023 Through November 19, 2025 [Filed: 3/16/26] (Docket No. 8742, Exhibit A)**

     B.   **Final Application of Kasowitz LLP as Special Litigation Counsel to the Debtors and Debtors in Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period of August 6, 2023 Through November 19, 2025 [Filed: 2/19/26] (Docket No. 8657)**

     **Status:   This matter will go forward.**

*[Remainder of Page Intentionally Left Blank]*

Dated: March 16, 2026
      Wilmington, Delaware


*/s/ Peter J. Keane*

| | |
|---|---|
| Laura Davis Jones (DE Bar No. 2436) | Patrick J. Nash Jr., P.C. (admitted pro hac vice) |
| Timothy P. Cairns (DE Bar No. 4228) | **KIRKLAND & ELLIS LLP** |
| Peter J. Keane (DE Bar No. 5503) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Edward A. Corma (DE Bar No. 6718) | 333 West Wolf Point Plaza |
| **PACHULSKI STANG ZIEHL &** | Chicago, Illinois 60654 |
| **JONES LLP** | Telephone:   (312) 862-2000 |
| 919 North Market Street, 17th Floor | Facsimile:   (312) 862-2200 |
| P.O. Box 8705 | Email:      patrick.nash@kirkland.com |
| Wilmington, Delaware 19899-8705 | |
| Telephone:  (302) 652-4100 | |
| Facsimile:  (302) 652-4400 | |
| Email:      ljones@pszjlaw.com | |
|           tcairns@pszjlaw.com | |
|           pkeane@pszjlaw.com | *Co-Counsel for the Debtors and Debtors in* |
|           ecorma@pszjlaw.com | *Possession* |